# UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
*Plaintiff-Appellee,*

v.

MICHAEL A. JUDKINS,
*Defendant-Appellant.*

No. 00-4804

Appeal from the United States District Court
for the District of South Carolina, at Charleston.
Falcon B. Hawkins, Senior District Judge.
(CR-00-268)

Submitted: April 30, 2001

Decided: May 24, 2001

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

## COUNSEL

J. Robert Haley, Assistant Federal Public Defender, Charleston, South Carolina, for Appellant. J. Rene Josey, United States Attorney, Mary Gordon Baker, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

## OPINION

PER CURIAM:

Michael A. Judkins pled guilty to one count of possessing child pornography and one count of receiving child pornography. 18 U.S.C.A. § 2252A(a)(2)(A), (a)(5)(B) (West 2000). He appeals his sentence. We affirm.

We find first that the sentencing enhancements Judkins received under *U.S. Sentencing Guidelines Manual* § 2G2.2 (1998) were not barred by *Apprendi v. New Jersey*, 530 U.S. 466, 120 S. Ct. 2348 (2000), simply because the conduct on which they were based was not charged in the indictment and proved beyond a reasonable doubt. Judkins' sentence did not exceed the statutory maximum sentences of fifteen years and five years, respectively, for either of his offenses. Under *Apprendi*, the district court retains discretion to engage in fact-finding, by a preponderance of the evidence, with respect to factors that affect application of the sentencing guidelines. *United States v. Lewis*, 235 F.3d 215, 218-19 (4th Cir. 2000), *petition for cert. filed*, Apr. 17, 2001 (No. 00-1605); *United States v. Kinter*, 235 F.3d 192, 198-202 (4th Cir. 2000), *cert. denied*, 121 S. Ct. 1393 (2001). We further find no error in the enhancement for an offense involving use of a computer for transmission of the material where the defendant received, but did not send, child pornography. USSG § 2G2.2(b)(5). *See United States v. Richardson*, 238 F.3d 837, 841 (7th Cir. 2001).

We therefore affirm the sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*